**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CENVEO CORPORATION, | : No. 172 MM 2014 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.